Wm. H. MOORE, Jr., as Trustee In Bankruptcy of Estate of Coso Hot Springs, Inc., a Corporation, Appellant, v. David B. SCOTT, Receiver in Equity of Coso Hot Springs, Inc., a Corporation, Appellee.

No. 6506.

Circuit Court of Appeals, Ninth Circuit.

Jan. 25, 1932.

Reuben G. Hunt, of San Francisco, Cal., for appellant.

W. I. Titus, of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

SAWTELLE, Circuit Judge.

On authority of Moore v. Scott (C. C. A.), 55 F.(2d) 863, decided this day, the judgment of the lower court is reversed, with the same instructions as given in that case. In addition to the many cases there cited, see also Petition of Shortridge et al. (C. C. A. 9), 20 F.(2d) 638, 639.

Judgment reversed.